**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>*Jeffrey A. Podeszwik v. AbbVie Inc., et al.,*<br><br>Civil Action No.: 1:16-cv-03170 | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd., pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), said parties to bear their own costs. Plaintiff's claims against the other defendants remain pending, and in full force and effect.


| | |
|---|---|
| */s/Baird A. Brown*<br>Baird A. Brown<br>Baird Brown Law Firm<br>3055 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90010<br><br>*Attorneys for Plaintiff Jeffrey A. Podeszwik* | */s/ David Edward Stanley*<br>Reed Smith LLP<br>355 S. Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>(213) 457-8000<br>Email: dstanley@reedsmith.com<br><br>*Counsel for Eli Lilly and Company, Lilly, USA, LLC, Acrux Commercial Pty Ltd. and Acrux DDS Pty Ltd.* |

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 7, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

            /s/ *David E. Stanley*